# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MARCELO SIROTSKY, ELAINE
AXELRUD SIROTSKY and D.A.S.,

    Plaintiffs,

v.                                                Case No: 8:23-cv-535-CEH-SPF

ALISSA EMMEL, ALEJANDRO
MAYORKAS, MERRICK GARLAND
and UR MENDOZA JADDOU,

    Defendants.

_____

## ORDER

Before the Court is Plaintiffs' Notice of Voluntary Dismissal (Doc. 15), filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Review of the docket reveals that Defendants have not filed an answer or a motion for summary judgment. Accordingly, it is

**ORDERED**:

1. This case is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i).

2. The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on September 27, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to: Counsel of Record and Unrepresented Parties